**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1208**

SUSAN E. PATTISHALL,

        Plaintiff - Appellant,

    v.

VINTON G. CERF, computer scientist (retired); ROBERT E. KAHN, computer scientist (retired),

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cv-01396-LO-MSN)

Submitted: April 25, 2019                     Decided: April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Susan E. Pattishall, Appellant Pro Se. James Paul Menzies Miller, ODIN, FELDMAN & PITTLEMAN, PC, Reston, Virginia; Jonathan Michael Baker, CROWELL & MORING LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan E. Pattishall appeals the district court's order dismissing her conversion action as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pattishall v. Cerf*, No. 1:18-cv-01396-LO-MSN (E.D. Va. filed Feb. 22, 2019 & entered Feb. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*